

Joey Tsai
535 5th Avenue
Fourth Floor
New York, NY 10017

T. 646.829.9001
F. 646.829.9002
jtsai@tsaipllc.com
www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

January 11, 2021

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/21
```

      Re:    *Valdez v. Deon Realty, Ltd., et al. (20-cv-7837)(AJN)*
             *Request to Cancel Initial Conference*

Dear Judge Nathan,

      We represent Defendants in the above-referenced matter and the Parties jointly submit this request to cancel the initial pretrial conference scheduled for January 15, 2021 at 3:30pm via telephone. As per the Court's Order dated 1/7/2021 (See Docket No. 19), the Parties have decided that the conference is not necessary at this time. The Parties submitted their proposed case management plan and joint letter via ECF on January 8, 2021 and request that the case management plan and scheduling order be entered without a conference. Thank you for your time and attention to this matter.

**SO ORDERED.**

*[signature]* 1/12/21

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*

cc:    Jesse Barton, Esq. (VIA ECF)