

```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #:_____
                    DATE FILED: 6/22/21
```

June 21, 2021

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Antonio Santos Valdez v. Deon Realty, LTD., et al. (20-cv-7837)(AJN)*
             *Letter Motion to Request Extension to File Motion for*
             *Summary Judgment and JPTO Until After Mediation*

Dear Judge Nathan,

      We represent Defendants in the above-referenced matter. The Parties jointly request the Court to extend the deadline for the joint pretrial order and summary judgment motions to a date after completion of mediation. The current deadlines for the JPTO is June 25, 2021 and summary judgment motions are July 2, 2021. The Parties were referred to mediation on May 25, 2021 and currently have a mediation session scheduled for July 21, 2021. The Parties request that the Parties be allowed to conclude mediation, which may preclude a JPTO or summary judgment motions. As such, the parties request that the deadlines for the JPTO and summary judgment motions be extended until after July 21, 2021. This is the first request for an extension.

      We thank the Court for its time and attention.

**SO ORDERED.**

*/s/ Alison J. Nathan*
6/22/21

The joint pretrial order is due August 6, 2021 and the summary judgment motions are due August 13, 2021.

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*

cc:    Jesse Barton, Esq. (VIA ECF)