

Joey Tsai
535 5th Avenue
Fourth Floor
New York, NY 10017

T. 646.829.9001
F. 646.829.9002
jtsai@tsaipllc.com
www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

August 2, 2021

<u>VIA ECF</u>
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/6/2021__
```

    Re:   *Antonio Santos Valdez v. Deon Realty, LTD., et al. (20-cv-7837)(AJN)*
           *Letter Motion to Request Extension to File Motion for*
           *Summary Judgment and JPTO*

Dear Judge Nathan,

      We represent Defendants in the above-referenced matter. The Parties jointly request the Court to extend the deadlines for the joint pretrial order and summary judgment motions. The Parties were scheduled for a mediation on July 21, 2021 but had to re-schedule to August 16, 2021. The current deadlines for the JPTO is August 6, 2021 and the deadline for Summary Judgments Motions is August 13, 2021.

      Given that the current deadlines for the JPTO and MSJ are now before the re-scheduled mediation date, the Parties request that the deadlines for both be extended until after the Parties' mediation date of August 16, 2021. The Parties request that the deadline for the JPTO be extended to, and include, September 3, 2021 and the deadline for summary judgment motions be extended to, and include, September 10, 2021. This is the Parties' second request for an extension.

      We thank the Court for its time and attention.

**SO ORDERED.**

*[signature: Alison J. Nathan]*
8/3/2021

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*

cc:    Jesse Barton, Esq. (VIA ECF)