UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ANTONIO SANTOS VALDEZ, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

DEON REALTY, LTD. (D/B/A DEON REALTY), BHAGDATT'S SPICES & SAREE CENTER LTD. (D/B/A BHAGDATT'S SPICES & SAREE CENTER), BHAGDATT DEONARAIN, and BARBARA DEONARAIN,

*Defendants.*

------------------------------------------------------------------X

Case No.:  20-cv-07837-AJN

[Proposed Form Of]
**JUDGMENT**

**JUDGMENT**

On September 27, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ANTONIO SANTOS VALDEZ, has judgment against DEON REALTY, LTD. (D/B/A DEON REALTY), BHAGDATT'S SPICES & SAREE CENTER LTD. (D/B/A BHAGDATT'S SPICES & SAREE CENTER), and BARBARA DEONARAIN (aka NANDRANIE DEONARAIN), jointly and severally, in the amount of Fifteen Thousand Dollars and No Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                              _____
                                              ALISON J. NATHAN
                                              UNITED STATES DISTRICT JUDGE