```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ANTONIO SANTOS VALDEZ, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

DEON REALTY, LTD. (D/B/A DEON REALTY), BHAGDATT'S SPICES & SAREE CENTER LTD. (D/B/A BHAGDATT'S SPICES & SAREE CENTER), BHAGDATT DEONARAIN, and BARBARA DEONARAIN,

*Defendants.*

-----------------------------------------------------------------X

Case No.:  20-cv-07837-AJN

**JUDGMENT**

## **JUDGMENT**

On September 27, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ANTONIO SANTOS VALDEZ, has judgment against DEON REALTY, LTD. (D/B/A DEON REALTY), BHAGDATT'S SPICES & SAREE CENTER LTD. (D/B/A BHAGDATT'S SPICES & SAREE CENTER), and BARBARA DEONARAIN (aka NANDRANIE DEONARAIN), jointly and severally, in the amount of Fifteen Thousand Dollars and No Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated:   September 28  , 2021

_____
ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE