UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Santos Valdez et al.,

              Plaintiffs,

—v—

Deon Realty LTD. et al.,

              Defendant.

20-cv-7837 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, Sitting by Designation:

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 20, 2022
       New York, New York

                              ALISON J. NATHAN
                            United States Circuit Judge
                              Sitting by Designation